# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00252-CR

**Joseph John Manzanares, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
NO. CR2020-200E, THE HONORABLE STEPHANIE BASCON, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Joseph John Manzanares has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Appellant's Motion

Filed: March 14, 2025

Do Not Publish